**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Jonathan Joseph Zurick and Jeana Luise Cristiani, Respondents,

v.

Matthew Clark, Appellant.

In this interest of minors under the age of eighteen.

Appellate Case No. 2017-001663

———————————

Appeal From York County
Thomas Henry White, IV, Family Court Judge

———————————

Unpublished Opinion No. 2018-UP-153
Submitted March 9, 2018 – Filed April 9, 2018

———————————

**AFFIRMED**

———————————

Ernest M. Spong, III, of Ernest M Spong III LLC, of Winnsboro, for Appellant.

Larry Dale Dove, of Dove Law Group, LLC, of Rock Hill, for Respondents.

James Wilson Tucker, Jr., of McKinney Tucker & Lemel, of Rock Hill, as Guardian ad Litem.

**PER CURIAM:** Matthew Clark appeals an adoption decree finding his consent was not necessary for the adoption of two minor children. *See* S.C. Code Ann. § 63-9-310(A)(4) (2010). Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Clark's counsel.

**AFFIRMED.**[1]

**HUFF, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.